# Court of Appeals
# of the State of Georgia

ATLANTA,____June 17, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0391. DARRELL BROWN v. THE STATE.**

Darrell Brown was convicted of multiple offenses, including aggravated assault, aggravated battery, and kidnapping, and his convictions were affirmed on appeal. See *Brown v. State*, 275 Ga. App. 99 (619 SE2d 789) (2005). Since then, Brown has filed numerous meritless actions in this Court.[1] Most recently, he filed a "Request for Order of Acquittal by Judgment and Motion to Correct a Void Sentence." The trial court denied the motion on April 1, 2016, and Brown filed his application for discretionary appeal on May 18, 2016. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal made beyond 30 days. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, Brown filed his application 47 days after entry of the order he seeks to appeal. Accordingly, this untimely application is hereby DISMISSED for lack of jurisdiction.

---

[1] Since this Court issued its decision in *Brown v. State*, this is the 12th action Brown has filed challenging his conviction and/or sentence.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* _____06/17/2016_____
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*